UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| WILLIAM BRADFORD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | CIVIL ACTION NO.: 2:19-CV-01483 COMPLAINT—CLASS AND COLLECTIVE ACTION |
| PLAINTIFF, | § § | |
| V. | § § | JURY TRIAL DEMANDED |
| POLY-COR ENTERPRISES, INC., POLY-COR ENTERPRISES MANAGEMENT, INC., POLY-COR ENTERPRISES, LP, AND MATT DIANGELO | § § § § § § § | THE HONORABLE PATRICIA L. DODGE |
| DEFENDANTS. | § § | |

## ORDER

On this day came to be considered the Parties' Joint Stipulation of Dismissal with Prejudice. The Court therefore orders that this action is dismissed with prejudice.

SIGNED ON August 28, 2020.

_____
PATRICIA L DODGE
UNITED STATES MAGISTRATE JUDGE